InmateStatementCombined

08-400

Page 1 of 2

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: Canaan USP |
| Inmate Name: | AWALA, GBEKE | Housing Unit: CAA-Z-A |
| Report Date: | 04/15/2008 | Living Quarters: Z01-103LDS |
| Report Time: | 3:04:34 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 4/11/2008 8:12:58 AM | 19 | | | Sales | $0.00 | | $0.85 |
| CAA | 4/4/2008 8:06:54 AM | 16 | | | Sales | ($9.15) | | $0.85 |
| CAA | 4/1/2008 12:10:58 AM | GCAAD064 - 561 | | | Debt Encumbrance - Released | | $3.39 | -------- |
| CAA | 4/1/2008 12:10:58 AM | HCAAD003 - 562 | | | Debt Encumbrance - Released | | $3.39 | -------- |
| CAA | 4/1/2008 12:10:58 AM | HCAAD024 - 563 | | | Debt Encumbrance - Released | | $3.39 | -------- |
| CAA | 4/1/2008 12:10:58 AM | HCAAD028 - 564 | | | Debt Encumbrance - Released | | $1.23 | -------- |
| CAA | 4/1/2008 12:10:58 AM | GCAAD064 | 1258 | | PLRA Payment | ($1.40) | | $10.00 |
| CAA | 3/25/2008 12:10:18 AM | HCAAD084 - 484 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| CAA | 3/25/2008 12:10:18 AM | HCAAD084 - 560 | | | Debt Encumbrance - Released | | $5.57 | -------- |
| CAA | 3/25/2008 12:10:18 AM | HCAAD084 | 1226 | | Initial PLRA Pymt | ($15.57) | | $11.40 |
| CAA | 3/24/2008 5:11:38 AM | 70104503 | | | Lockbox - CD | $16.97 | | $26.97 |
| CAA | 3/24/2008 5:11:38 AM | HCAAD028 - 564 | | | Debt Encumbrance | | ($1.23) | -------- |
| CAA | 3/24/2008 5:11:38 AM | GCAAD064 - 561 | | | Debt Encumbrance | | ($3.39) | -------- |
| CAA | 3/24/2008 5:11:38 AM | HCAAD003 - 562 | | | Debt Encumbrance | | ($3.39) | -------- |
| CAA | 3/24/2008 5:11:38 AM | HCAAD024 - 563 | | | Debt Encumbrance | | ($3.39) | -------- |
| CAA | 3/24/2008 5:11:38 AM | HCAAD084 - 560 | | | Debt Encumbrance | | ($5.57) | -------- |
| CAA | 3/14/2008 8:34:26 AM | 38 | | | Sales | $0.00 | | $10.00 |
| CAA | 3/5/2008 1:11:09 PM | HCAAD084 - 484 | | | Debt Encumbrance | | ($10.00) | -------- |
| CAA | 3/1/2008 12:10:42 AM | GCAAD064 - 386 | | | Debt Encumbrance - Released | | $16.53 | -------- |
| CAA | 3/1/2008 12:10:42 AM | GCAAD064 | 1045 | | PLRA Payment | ($6.53) | | $10.00 |
| CAA | 2/22/2008 8:50:08 AM | 45 | | | Sales | $0.00 | | $16.53 |
| CAA | 2/15/2008 7:58:21 AM | 3 | | | Sales | $0.00 | | $16.53 |
| CAA | 2/7/2008 12:10:10 AM | HCAAD024 - 382 | | | Debt Encumbrance - Released | | $27.22 | -------- |
| CAA | 2/7/2008 12:10:10 AM | HCAAD035 - 384 | | | Debt Encumbrance - Released | | $18.97 | -------- |
| CAA | 2/7/2008 12:10:10 AM | HCAAD041 - 385 | | | Debt Encumbrance - Released | | $18.97 | -------- |
| CAA | 2/7/2008 12:10:10 AM | HCAAD028 - 383 | | | Debt Encumbrance - Released | | $18.31 | -------- |
| CAA | 2/7/2008 12:10:10 AM | HCAAD028 | 861 | | Initial PLRA Pymt | ($18.31) | | $54.47 |
| CAA | 2/7/2008 12:10:10 AM | HCAAD041 | 863 | | Initial PLRA Pymt | ($18.97) | | $16.53 |
| CAA | 2/7/2008 12:10:10 AM | HCAAD035 | 862 | | Initial PLRA Pymt | ($18.97) | | $35.50 |
| CAA | 2/7/2008 12:10:10 AM | HCAAD024 | 860 | | Initial PLRA Pymt | ($27.22) | | $72.78 |
| CAA | 2/6/2008 4:10:19 PM | 33309308 | | | Western Union | $100.00 | | $100.00 |
| CAA | 2/6/2008 4:10:19 PM | GCAAD064 - 386 | | | Debt Encumbrance | | ($16.53) | -------- |
| CAA | 2/6/2008 4:10:19 PM | HCAAD028 - 383 | | | Debt Encumbrance | | ($18.31) | -------- |

FILED 2008 JUL -1 PM 3:29 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAA | 2/6/2008 4:10:19 PM | HCAAD035 - 384 | | Debt Encumbrance | | ($18.97) | -------- |
| CAA | 2/6/2008 4:10:19 PM | HCAAD041 - 385 | | Debt Encumbrance | | ($18.97) | -------- |
| CAA | 2/6/2008 4:10:19 PM | HCAAD024 - 382 | | Debt Encumbrance | | ($27.22) | -------- |
| CAA | 12/6/2007 5:38:37 PM | 57 | | Sales | ($10.00) | | $0.00 |
| CAA | 12/1/2007 12:10:38 AM | GCAAD064 - 190 | | Debt Encumbrance - Released | | $15.00 | -------- |
| CAA | 12/1/2007 12:10:38 AM | HCAAD003 - 191 | | Debt Encumbrance - Released | | $15.00 | -------- |
| CAA | 12/1/2007 12:10:38 AM | HCAAD003 | 401 | PLRA Payment | ($6.60) | | $25.00 |
| CAA | 12/1/2007 12:10:38 AM | GCAAD064 | 402 | PLRA Payment | ($15.00) | | $10.00 |
| CAA | 11/29/2007 5:26:28 PM | 60 | | Sales | ($42.05) | | $31.60 |
| CAA | 11/27/2007 11:27:55 AM | HICP1107 | | Inmate Co-pay | ($2.00) | | $73.65 |
| CAA | 11/25/2007 5:13:30 AM | 70196302 | | Lockbox - CD | $75.00 | | $75.65 |
| CAA | 11/25/2007 5:13:30 AM | GCAAD064 - 190 | | Debt Encumbrance | | ($15.00) | -------- |
| CAA | 11/25/2007 5:13:30 AM | HCAAD003 - 191 | | Debt Encumbrance | | ($15.00) | -------- |
| CAA | 11/1/2007 5:48:05 PM | 66 | | Sales | ($124.65) | | $0.65 |
| CAA | 11/1/2007 12:10:44 AM | HCAAD003 - 119 | | Debt Encumbrance - Released | | $40.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | GCAAD064 - 118 | | Debt Encumbrance - Released | | $40.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | GCAAD064 - 78 | | Debt Encumbrance - Released | | $20.00 | -------- |

1 2

Total Transactions: 81

Totals:     $0.85     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.85 |
| Totals: | $0.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.85 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $391.97 | $476.92 | $13.74 | $26.97 | $7.45 | N/A | N/A |