IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, WILLIAM AWALA, and NANCY R. AWALA, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civ. Action No. 08-400-JJF |
| | : |
| INTERNATIONAL COURT OF JUSTICE, et al., | : <br> : <br> : |
| Defendants. | : |

### MEMORANDUM ORDER

WHEREAS, Plaintiff Gbeke Awala, William Awala, and Nancy F. Awala filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 29, 2008, the Court entered an Order denying Gbeke Awala leave to proceed without prepayment of fees because he had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, the July 29, 2008 Order also required Plaintiffs William Awala and Nancy R. Awala to submit applications to proceed without prepayment of fees or pay the filing fee within thirty days or face dismissal (Id.);

WHEREAS, Gbeke Awala appealed the Order to the U.S. Court of Appeals for the Third Circuit and the appeal was dismissed for

failure to pay the requisite filing fee (D.I. 9);

WHEREAS, subsequent to dismissal of the appeal, and to date, Plaintiffs have not paid the $350.00 filing fee owed to this Court;

WHEREAS, after filing the Notice of Appeal, but before the appeal was terminated Gbeke Awala filed a Motion For Reconsideration (D.I. 8);

WHEREAS, A motion for reconsideration may be granted if the moving party shows: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. <u>Max's Seafood Café v. Quinteros</u>, 176 F.3d 669, 677 (3d Cir. 1999);

WHEREAS, Gbeke Awala has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the Court's July 28, 2008 Order;

THEREFORE, IT IS HEREBY ORDERED that:

1. Gbeke Awala's Motion For Reconsideration is **DENIED**. (d.i. 8.)

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**.

11 - 24 - 08
DATE

UNITED STATES DISTRICT JUDGE

-2-